# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DITRA HENRY, | ) |
| Plaintiff | ) |
| | ) No. |
| V, | ) |
| | ) **03C 3187** |
| CITY COLLEGES OF CHICAGO, | ) |
| Defendant | ) JUDGE JOHN W. DARRAH |

## COMPLAINT

MAGISTRATE JUDGE DENLOW

Now comes the Plaintiff, Ditra Henry, by and through her attorney Charles M. Shepherd and for her Complaint under Title VII of the Civil Rights Act of 1964 (hereafter the "CRA") against the City Colleges of Chicago, states as follows:

## JURISDICTION AND VENUE

1. In this action for declaratory, injunctive, and monetary relief, the jurisdiction of this court is invoked pursuant to 28 U.S.C. §1331 and §1343(4), conferring original jurisdiction upon this court over any civil action to recover damages or to seek equitable relief under any act of Congress providing for the protection of civil rights and Title VII, 42 U.S. §2000.

2. Pursuant to 28 U.S.C. §1391(b), venue lies in the Northern District of Illinois Eastern Division because the discriminatory acts complained of took part substantially within the district.

## PARTIES

3. Plaintiff Ditra Henry (hereinafter "Henry") is an African-American individual residing in the City of Chicago, County of Cook, State of Illinois. Henry holds a Master of Arts degree in linguistics and a Bachelors of Art degree in Secondary Education and linguistics. Henry has been involved in teaching adult education for almost ten years as well as English as a Second Language.

4. The City Colleges of Chicago (hereinafter "CCC") is, upon information and belief, an Illinois municipal corporation conducting business in the State of Illinois. CCC conducts business through various member colleges located in the City of Chicago, including Truman College in Chicago, Illinois.

## STATEMENT OF FACTS

5. In or about April, 2002, Henry applied for a full-time Adult Education Manager position with CCC at Truman College in Chicago, Illinois (hereafter "the position"). Henry submitted her resume to the Human Resources office of the CCC.

6. CCC created a search and screen committee to interview applicants for the position. The committee was made up of members of the Truman College staff and was empowered to evaluate applicants and recommend selections to the President of Truman College.

7. Henry was interviewed by the Committee and by the President of Truman College.

8. After the interview process members of the search and screen committee told Henry that she was unanimously chosen as the top rated candidate and was the

2

choice of the committee for the position. Henry was the most-qualified candidate for the position.

9. The President of Truman College chose a lesser-qualified Caucasian female for the job. The Caucasian female did not go through the interview process, and upon information and belief, was never interviewed by the selection committee.

10. On or about June 15, 2002, Henry was informed that she was not chosen for the position.

11. On December 2, 2002, Henry timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"). On February 14, 2003 Henry received a right to sue letter from the EEOC.

12. Henry has exhausted her administrative remedies and has timely filed this Complaint.

## COUNT I
## TITLE VII VIOLATION
## FAILURE TO HIRE

13. Plaintiff incorporates and realleges paragraphs 1 though 12 as if fully set forth herein.

14. On information and belief, Henry's race was a determining factor in CCC's decision not to offer her the position and instead offer the position to a lesser qualified Caucasian applicant.

15. Henry was qualified for the position and was the best qualified applicant for the position.

16. The above described conduct of CCC was malicious and/or with reckless disregard and indifference to Henry's rights.

17. As a direct and proximate result of CCC's illegal conduct, Henry has suffered damages, including but not limited to loss of wages, loss of benefits, loss of future job opportunities both within CCC and outside CCC.

WHEREFORE, Plaintiff Ditra Henry prays that this Honorable Court order the following:

a. Order CCC to make Plaintiff whole with an award of lost pay, lost benefits, prejudgment interest;
b. Order CCC to hire Henry for the position, or in the alternative, order CCC to compensate Henry an appropriate amount of front pay;
c. Award Plaintiff compensatory and punitive damages in the maximum amount allowable by law;
d. Award Plaintiff costs incurred in bringing this suit, including but not limited to expert witness fees and reasonable attorneys' fees; and
e. Any additional relief this Court deems appropriate.

Dated: May 13, 2003

Respectfully Submitted
**DITRA HENRY**

By: *[signature]*
One of Her Attorneys

Mr. Charles M. Shepherd
53 West Jackson Boulevard, Suite 801
Chicago, Illinois 60604
(312) 986-1200
Atty. No. 39169

4

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
DITRA HENRY

**DEFENDANTS**
CITY COLLEGES OF CHICAGO

**(b)** County of Residence of First Listed Plaintiff: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
CHARLES M. SHEPHERD
53 W. JACKSON, #801, CHICAGO, IL 60604
(312) 497-0645

Attorneys (If Known)

**03C 3187**

**JUDGE JOHN W. DARRAH**

**MAGISTRATE JUDGE DENLOW**

DOCKETED MAY 14 2003

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Inj. | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

TITLE VII - FAILURE TO HIRE - RACE DISCRIMINATION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____, previously dismissed by Judge _____

DATE: MAY 13 2003
SIGNATURE OF ATTORNEY OF RECORD: Charles M. Shepherd

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

DITRA HENRY v. CITY COLLEGES OF CHICAGO

Case Number: 03C 3187

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE DENLOW

MAY 1 4 2003

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DITRA HENRY

| (A) | (B) |
|---|---|
| SIGNATURE: Charles M. Shepherd | SIGNATURE: |
| NAME: CHARLES M. SHEPHERD | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: 53 W. JACKSON, #801 | STREET ADDRESS: |
| CITY/STATE/ZIP: CHICAGO, IL 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 497-0645 | FAX NUMBER: (312) 986-0414 | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: LAMSHEP@CS.COM | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6238083 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | FAX NUMBER: | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |